■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v WALTER CASPER, III, Defendant. [711 NYS2d 819] —Motion for change of venue denied. Memorandum: We conclude that defendant has not met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Ontario County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate motion may then be made. The relief

requested in the application is premature (*see, People v Mateo*, 239 AD2d 965; *see also, People v DiPiazza*, 24 NY2d 342). Present—Pigott, Jr., P. J., Green, Pine, Wisner and Scudder, JJ.